IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DEMETRIUS FREEMAN,                )
                                  )
        Petitioner,               )
                                  )
v.                                )        CASE NO. CV114-232
                                  )                 CR106-092
UNITED STATES OF AMERICA,         )
                                  )
        Respondent.               )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 2), to which objections have been
filed (Doc. 4). After careful consideration, however, the
Court finds Petitioner's objections to be without merit.
Accordingly, the report and recommendation is **ADOPTED** as
the Court's opinion and Petitioner's § 2255 Motion is
hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close
this case.

SO ORDERED this _3ʳᵈ_ day of March 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA