AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Demetrius Freeman | ) Case No: | 1:06CR00092-3 |
| | ) | |
| | ) USM No: | 12754-021 |
| Date of Original Judgment: September 24, 2007 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Morad Fakhimi |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Former Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____260 months_____ **is reduced to** _____244 months*_____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* This term consists of terms of 160 months as to each of Counts 1 through 4, to be served concurrently with each other, and a consecutive term of 84 months of imprisonment as to Count 5, to produce a total term of 244 months.

Except as otherwise provided, all provisions of the judgment dated ___September 24, 2007___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  FEB. 1, 2024

_____
Judge's signature

Effective Date:  February 1, 2024
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*